LAWRENCE MNICH, Appellant, *v.* AMERICAN RADIATOR COMPANY, Respondent.

Argued June 7, 1946; decided July 23, 1946.

*Emil L. Cohen* and *George E. Phillies* for appellant.
*Selby G. Smith* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.